IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR McWILLIAMS | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 14-4783 |
| COMMUNITY EDUCATION | : |
| CENTERS, INC. | : |

### ORDER

**AND NOW,** this 21st day of October 2015, upon consideration of Defendant's Motion for Summary Judgment (ECF Doc. No. 48), Plaintiff's Opposition (ECF Doc. No. 49), Defendant's Reply (ECF Doc. No. 50), Defendant's Supplemental Brief (ECF Doc. No. 56), Plaintiff's Sur-Reply granted upon leave of Court (ECF Doc. No. 64), Defendant's "Second Supplemental Brief" (ECF Doc. No. 82)[1] and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 48) is **GRANTED as to Plaintiff's claim for punitive damages under the Pennsylvania Human Relations Act ("PHRA") and DENIED as to the race discrimination and hostile environment claims** and punitive damages under Title VII.

KEARNEY, J.

---

[1] Given a variety of discovery issues relating to a statistical analysis produced after the discovery close, we find good cause in this one limited instance to consider Defendant's "Second Supplemental Brief" filed without leave of Court.